UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL TECHNOLOGIES MARKETING, INC._____*Plaintiff,*<br><br>-against-<br><br><br>VERINT SYSTEMS, LTD., and VERINT SYSTEMS, INC.,<br><br>_____*Defendants,* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>No. 15-cv-2457 (GHW) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff International Technologies Marketing, Inc. and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Verint Systems, Inc.

Dated:  New York, NY
        July 17, 2015

                                    HOLLYER BRADY LLP
                                    Attorneys for Plaintiff
                                    International Technologies
                                    Marketing, Inc.


                            By:     /s/ A. Rene Hollyer
                                    A. Rene Hollyer, Esq., Partner
                                    60 East 42nd Street, Suite 1825
                                    New York, NY 10165
                                    (212) 706-0248, Ext. 1805
                                    hollyer@hollyerbrady.com

To:     Howard I. Elman, Esq. (via ECF)
        Matalon Shweky Elman PLLC
        450 Seventh Avenue, 33rd Floor
        New York, NY 10123
        (212) 244-9000
        helman@mselaw.com