```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                              :
INTERNATIONAL TECHNOLOGIES      :
MARKETING, INC.,                          :
                                              :          1:15-cv-2457-GHW
                                  Plaintiff,   :
                                              :
                       -v –                       :
                                              :
VERINT SYSTEMS, LTD.,                :
                                              :
                                  Defendant.  :
                                              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The Court will hold a status conference on April 15, 2021 at 9 a.m.  The conference will take place via telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  Arthur Rene Hollyer, former counsel for Plaintiff, is directed to participate in the conference.  Counsel for Plaintiff is directed to serve a copy of this order on Mr. Hollyer.

        SO ORDERED.

Dated:  April 7, 2021
New York, New York

                                                           _____
                                                           GREGORY H. WOODS
                                                           United States District Judge