UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/2021
```

------------------------------------------------------------------ X
                                                    :
INTERNATIONAL TECHNOLOGIES                          :
MARKETING, INC.,                                    :
                                                    :          1:15-cv-2457-GHW
                                    Plaintiff,      :
                                                    :
                           -v —                     :
                                                    :
VERINT SYSTEMS, LTD.,                               :
                                                    :
                                    Defendant.      :
                                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        The Court's April 7, 2021 order at Dkt. No. 265 contained a mistake in its direction that

Arthur Rene Hollyer, former counsel for Plaintiff, participate in the April 15, 2021 conference.

Arthur Rene Hollyer need not participate in the conference.  Christopher Scott Hinton is the former

counsel for Plaintiff who is directed participate in the April 15, 2021 teleconference.  Counsel for

Plaintiff is directed to serve a copy of this order on Mr. Hinton.

        SO ORDERED.

Dated:  April 9, 2021
New York, New York

                                              _____
                                                    GREGORY H. WOODS
                                                 United States District Judge