```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 4/29/2021
```

------------------------------------------------------------X
          :
INTERNATIONAL TECHNOLOGIES  :
MARKETING, INC.,          :
          :
          Plaintiff, :          1:15-cv-2457-GHW
          :
     -against-       :          ORDER
          :
COGNYTE TECHNOLOGIES ISRAEL :
LTD.,          :
          :
          Defendant.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received Defendant's April 27, 2021 letter withdrawing all pending requests for sanctions against Christopher Hinton. Dkt No. 272. Based on Defendant's request, the Court does not expect to take further action with respect to the alleged Rule 11 violation by Mr. Hinton. Defendant is directed to send a copy of this order to Mr. Hinton.

       SO ORDERED.

Dated: April 29, 2021
New York, New York

                                                      _____
                                                      GREGORY H. WOODS
                                                    United States District Judge