USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :

INTERNATIONAL MARKETING       :
TECHNOLOGIES, INC.,
                                                          :

                                         Plaintiff,:               1:15-cv-2457-GHW
                                                          :                     <u>ORDER</u>

                  -against-           :

COGNYTE TECHNOLOGIES ISRAEL  :
LTD.,
                                                          :

                                        Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 5, 2021, the Court held a teleconference regarding James J. Mahon's motion for Becker & Poliakoff, LLP to withdraw as counsel of record for Plaintiff. On May 5, 2021, the Court granted the motion and directed the Clerk of Court to terminate James J. Mahon and Glenn H. Spiegel from the list of active counsel. Dkt. No. 277. Mr. Mahon did not identify all of the Becker & Poliakoff attorneys in his motion, but the Court understands that he was moving on behalf of all of the Becker & Poliakoff attorneys who are listed as counsel in this matter, including Oliver Edwards, VII.

Accordingly, the Clerk of Court is directed to terminate Oliver Edwards, VII from the list of active counsel. Mr. Edwards is directed to serve a copy of this order on Plaintiff and to retain proof of service.

SO ORDERED.

Dated: May 17, 2021
New York, New York

                                                                   _____
                                                                     GREGORY H. WOODS
                                                             United States District Judge