```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
INTERNATIONAL TECHNOLOGIES                                        :
MARKETING, INC.,                                                  :
                                                                  :
                                          Plaintiff,              :
                                                                  :
                         -v -                                     :
                                                                  :
COGNYTE TECHNOLOGIES ISRAEL LTD,                                  :
                                                                  :
                                          Defendant.              :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

1:15-cv-2457-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

All of Plaintiff's substantive claims in this case were resolved on March 18, 2019, when the Court denied Plaintiff leave to file a fourth amended complaint. Dkt. No. 252. On October 19, 2022, the Court resolved the final two outstanding motions in this case and ordered sanctions against Plaintiff and Mr. Anthony Schehtman. Dkt. No. 287. Defendant was given leave to file a letter within fourteen days of that order to seek additional sanctions under Rule 11, *see id.* at 25; no letter has been filed.

Accordingly, the Clerk of Court is directed to enter judgment in this case in favor of Defendant against Plaintiff. The Clerk of Court is further directed to enter judgment in favor of Defendant against Plaintiff and Mr. Schehtman for $895,397.85 in sanctions, which is owed by Plaintiff and Mr. Schehtman jointly and severally. *See* Dkt. No. 287 at 25. Post-judgment interest will accrue at the statutory rate. *See* 28 U.S.C. § 1961. The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge