UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTERNATIONAL TECHNOLOGIES
MARKETING, INC.,

                       Plaintiff,

              15 CIVIL 2457 (GHW)

    -against-

              **JUDGMENT**

COGNYTE TECHNOGIES ISRAEL LTD.,

                   Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Court's Order dated November 3, 2022, judgment is entered in favor of Defendant against Plaintiff and Mr. Schehtman for $895,397.85 in sanctions, which is owed by Plaintiff and Mr. Schehtman jointly and severally. Post-judgment interest will accrue at the statutory rate. See 28 U.S.C. § 1961. Accordingly, the case is closed.

**DATED**: New York, New York
          November 15, 2022

                                     **RUBY J. KRAJICK**
                                       Clerk of Court

                            BY: _____
                                       Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/22